# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-*010* |
| Plaintiff, ) | |
| ) | ORDER FOR ISSUANCE OF |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM FOR |
| KEVIN SALISBURY, ) | KEVIN SALISBURY |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **KEVIN SALISBURY**, 95311, before the United States Magistrate Judge at Las Vegas, Nevada, on or about ___
I/A & A/P   Fri: 1/27/12
_____  3:00 PM   RJJ   3D   _____, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED:**

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DANIEL G. BOGDEN<br>United States Attorney |
| 2 | CRISTINA SILVA<br>Assistant United States Attorney |
| 3 | 333 Las Vegas Blvd., S., Suite 5000<br>Las Vegas, Nevada 89101 |
| 4 | (702) 388-6336 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) | 2:12-cr-010 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR KEVIN SALISBURY |
| KEVIN SALISBURY, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **KEVIN SALISBURY**, 95311, is committed by due process of law in the custody of the Warden, Ely State Prison, Ely, Nevada, that said Warden has consented to the temporary release of the said **KEVIN SALISBURY** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **KEVIN SALISBURY** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on\_\_\_\_
I/A & A/P  Fri: 1/27/12
_____  3:00 PM  RJJ  3D   for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **KEVIN SALISBURY** before the United States
I/A & A/P  Fri: 1/27/12
Magistrate Judge on or about_____  3:00 PM  RJJ  3D  _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Ely State Prison and to the United States Marshal for the District of Nevada, commanding them to produce the said **KEVIN SALISBURY** before the United States District Court on or about _____

I/A & A/P  Fri: 1/27/12
3:00 PM  RJJ  3D

____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Ely State Prison, Ely, Nevada.

**DATED**: this __17__ day of January, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA SILVA
Assistant United States Attorney